**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| | | | |
|---|---|---|---|
| **CHAIR:**<br>**Karen K. Caldwell**<br>**United States District Court**<br>**Eastern District of Kentucky** | **MEMBERS:**<br>**Nathaniel M. Gorton**<br>**United States District Court**<br>**District of Massachusetts** | **Matthew F. Kennelly**<br>**United States District Court**<br>**Northern District of Illinois** | **DIRECT REPLY TO:**<br>**Tiffaney D. Pete**<br>**Clerk of the Panel**<br>**One Columbus Circle, NE**<br>**Thurgood Marshall Federal**<br>**   Judiciary Building** |
| | **David C. Norton**<br>**United States District Court**<br>**District of South Carolina** | **Roger T. Benitez**<br>**United States District Court**<br>**Southern District of California** | **Room G-255, North Lobby**<br>**Washington, D.C. 20544-0005** |
| | **Dale A. Kimball**<br>**United States District Court**<br>**District of Utah** | **Madeline Cox Arleo**<br>**United States District Court**<br>**District of New Jersey** | **Telephone: (202) 502-2800**<br>**Fax: (202) 502-2888** |

ADVISORY

Counsel appearing for oral argument before the Panel may bring cell phones and laptop computers into the courthouse.  All cell phones must be turned off before entering the courtroom.

Other attendees will **not** be allowed to bring in cell phones, laptop computers, tablets, or other devices with wireless communication capabilities are not permitted in the courthouse.