UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---:|
| IN RE: GRANULATED SUGAR ANTITRUST LITIGATION | MDL No. 3110 |

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On June 7, 2024, the Panel transferred 3 civil action(s) to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2024). Since that time, no additional action(s) have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Jerry W. Blackwell.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Blackwell.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of June 7, 2024, and, with the consent of that court, assigned to the Honorable Jerry W. Blackwell.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 18, 2024

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Tiffaney D. Pete
Clerk of the Panel

IN RE: GRANULATED SUGAR ANTITRUST LITIGATION

MDL No. 3110

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **ARIZONA** | | | |
| AZ | 4 | 24−00233 | Union LLC v. ASR Group International Incorporated et al |
| **CALIFORNIA SOUTHERN** | | | |
| CAS | 3 | 24−00818 | Wood Ranch Moorpark, Inc. et al v. ASR Group International, Inc. et al |
| **FLORIDA SOUTHERN** | | | |
| FLS | 1 | 24−21386 | VICKY ENTERPRISES, INC., v. ASR Group International, Inc. et al |
| FLS | 9 | 24−80442 | Edlin v. ASR Group International, Inc. et al |
| FLS | 9 | 24−80451 | HUMPHREYS v. ASR Group International, Inc. et al |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 24−03216 | Marek et al v. ASR Group International, Inc. et al |
| ILN | 1 | 24−03769 | Moretti's Ristorante & Pizzeria (Schaumburg) v. ASR Group International, Inc. et al |
| **NEW YORK SOUTHERN** | | | |
| NYS | 1 | 24−02159 | Golden Goose Markets, Inc. v. ASR Group International, Inc., et al |
| NYS | 1 | 24−02352 | C.A. Curtze Co. v. ASR Group International, Inc. et al |
| NYS | 1 | 24−02840 | Wakefern Food Corp. v. ASR Group International, Inc., et al |
| NYS | 1 | 24−03968 | Kurtz v. ASR Group International, Inc. et al |
| **NORTH CAROLINA MIDDLE** | | | |
| NCM | 1 | 24−00326 | SAM RESTAURANTS, INC. v. UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE et al |
| **WISCONSIN WESTERN** | | | |
| WIW | 3 | 24−00257 | Madison Pizza LLC et al v. ASR Group International, Inc. et al |